In the Matter of the Estate of SAMUEL H. SIMENOWITZ, Deceased. IRWIN E. SIMENOWITZ et al., Appellants; ALEX E. NASHMAN, as Executor and Trustee of SAMUEL H. SIMENOWITZ, Deceased, Respondent.—

Martuscello, Latham, Christ, Brennan and Benjamin, JJ., concur.

ROSE LAGANO et al., Respondents, v. GEORGE RITZLER, Appellant, et al., Defendants.—

Martuscello, Acting P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.